O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH MAE GREEN, | ) | CASE NO. ED CV 09-01507 RZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF REMAND |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        In accordance with the Memorandum Opinion and Order filed concurrently herewith,

        IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the  matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.


        DATED:  June 30, 2010


                                              _____
                                              RALPH ZAREFSKY
                                              UNITED STATES MAGISTRATE JUDGE