LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1240 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GREEN, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner Of Social Security, ) <br> ) <br>    Defendant. ) | No.  EDCV 09-1507 RZ <br><br> [PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of TWO THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($2,600.00). subject to the terms of the stipulation.

DATE:  October 06, 2010 _____

HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-